**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| STEVEN HENSON, | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:24-cv-00574-JRG-RSP |
| v. | § | |
| | § | |
| PATRIOT CARRIERS, INC., DESHON | § | |
| COCHRAN, | § | |
| *Defendants*. | § | |

## MEMORANDUM ORDER

Before the Court is Defendants' Motion to Exclude the Expert Opinions and Testimony of Clarence Lamar Long, Jr. (Dkt. No. 66). The motion relies primarily on Mr. Long's use of a proprietary software program called "Response". Mr. Long testified in his deposition that he has been relying upon Response (and its predecessor) "for at least 20 years." During that time, he has regularly attended training by the company that developed and maintains Response and has participated in some of the testing used by the developers.

The Court has reviewed the Curriculum Vitae and deposition of Mr. Long and finds that he has the appropriate academic credentials (University of Texas BSME) and training to testify as an accident reconstructionist. Defendants do not appear to contest this. Mr. Long relies upon Response as a database of perception and response times to which the facts of any particular case can be compared, to see if the case falls within the norms shown by the data. Mr. Long testified in his deposition that the studies integrated into the database include one on-highway study of 3,500 vehicles. Such studies are reasonably relied upon by experts, and will be helpful to a jury in evaluating the behavior of the parties.

In the Court's role of gatekeeper of expert testimony, it is also relevant that the dashcam photos from the Plaintiff's vehicle, as synchronized by a different expert, show that only 3 to 4

1

seconds transpired between the time that Defendants' vehicle entered the path of the Plaintiff and the time of impact.  Given that Highway 59 has a 65-mile per hour speed limit at that location, the Court cannot find that Mr. Long's opinion, that the accident was not avoidable for Plaintiff, was unreasonable.

Accordingly, the Motion (Dkt. No. 66) is **DENIED**.

**SIGNED this 8th day of June, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE